UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

         Plaintiff,                  HON. MARK A. GOLDSMITH

v.                                             Case No. 13-12161

STEWART LEVINE,

         Defendant.
_____/

## ORDER GRANTING-IN-PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE EXPERT WITNESS REPORTS (Dkt. 14)

The Court issued a Case Management and Scheduling Order ("CMO") in the above-captioned case, requiring that Plaintiff Malibu Media, LLC provide its expert witness list and disclosures to Defendant Stewart Levine on or before February 17, 2014. See CMO (Dkt. 11). Plaintiff subsequently filed a motion for an extension of time within which to serve its expert report. See Pl. Mot. (Dkt. 14). Plaintiff claimed an extension was necessary because Defendant had not yet produced his hard drive in response to Plaintiff's discovery requests, and Plaintiff wanted to have its expert review Defendant's hard drive to determine whether there was "any trace of Plaintiff's copyrights on" it. Id. at 1. Plaintiff requested until April 20, 2014 to produce its expert witness report. Id. at 2.

Having considered Plaintiff's motion and the arguments at the telephonic motion hearing, the Court now grants Plaintiff's motion in part. Defendant shall deliver his hard drive to Plaintiff's counsel on or before **March 28, 2014**. The time for Plaintiff to produce its expert report arising out of the hard drive is extended to **April 18, 2014**. No other dates listed in the CMO (Dkt. 11) are adjourned or amended.

SO ORDERED.

Dated: March 27, 2014          s/Mark A. Goldsmith
    Flint, Michigan          MARK A. GOLDSMITH
         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 27, 2014.

         s/Deborah J. Goltz
         DEBORAH J. GOLTZ
         Case Manager