UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,                    Civil Case No.
                                            4:13-CV-12161

v.                                                HON. MARK A. GOLDSMITH

STEWART LEVINE,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today, judgment is entered in favor of Plaintiff Malibu Media LLC and against Defendant Stewart Levine in the amount of $7,247.50, inclusive of costs and attorney fees.

        SO ORDERED.

Dated: July 24, 2014                        s/Mark A. Goldsmith
       Flint, Michigan                    MARK A. GOLDSMITH
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 24, 2014.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager